*Wednesday, November 21, 2001*

## DISCIPLINARY DOCKET

**01–1205.  Disciplinary Counsel v. Watson.**

This matter is pending before the court upon the filing by respondent, Michael Troy Watson, on October 19, 2001, of a motion for stay of proceedings and demand for investigation. On October 25, 2001, relator filed a memo opposing motion for stay and a motion to strike demand for investigation. Upon consideration thereof,

IT IS ORDERED that the motion to strike demand for investigation be, and hereby is, denied. DOUGLAS, COOK and LUNDBERG STRATTON, JJ., dissent.

IT IS FURTHER ORDERED by this court that the motion for stay of proceedings and demand for investigation be, and hereby is, denied.

*Monday, November 26, 2001*

## MOTION DOCKET

**98–1475.  State v. Hartman.**

Summit C.P. No. CR97091987. Upon consideration of appellant's motion to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the motion that post-conviction proceedings are pending,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed, pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

## MISCELLANEOUS DISMISSALS

**01–2055.  Davenport v. Henson.**

In Procedendo. On November 19, 2001, relator filed a complaint for a writ of procedendo. Relator's complaint is not supported by an affidavit specifying the details of the claim as required by S.Ct.Prac.R. X(4)(B). Accordingly,

IT IS ORDERED by the court, *sua sponte,* that relator's complaint be stricken.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Tuesday, November 27, 2001*

## MISCELLANEOUS DISMISSALS

**00–1901.  Taddeo v. Estate of Ellis.**

Lorain App. No. 99CA007445. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.